IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BRENDA A. HERZ,

             Plaintiff,

vs.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

             Defendant.

8:18-CV-430

JUDGMENT

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice, this case is dismissed with prejudice, each party to pay their own attorney's fees and costs.

Dated this 26th day of December, 2018.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge